IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00766-PSF-OES

LORETTA RIVERS,

Plaintiff(s),

vs.

JAMES ALDERDEN, Larimer County Sheriff, in his official capacity, et al.,

Defendant(s).

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  July 7, 2005

    Larimer County Defendants' Unopposed Motion to Amend Answer [filed June 23, 2005] is GRANTED.

    Larimer County Defendants' Motion to Stay Discovery [filed June 17, 2005] is GRANTED.  All discovery is hereby STAYED pending resolution of the pending dispositive motion.