IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00766-PSF-OES

LORETTA RIVERS,

     Plaintiff,

v.

JAMES ALDERDEN, Larimer County Sheriff, in his official capacity;
WILLIAM P. ECHRICH, Deputy Sheriff, Individually;
SCOTT SHELLHAAS, Corporal, Individually;
TRAVIS MATKIN, Deputy, Individually; and
LEROY BUCHHOLZ, in his personal capacity,

     Defendants.

## ORDER TO DISMISS DEFENDANT BUCHHOLZ

The Court, having reviewed the parties' joint motion to dismiss Defendant Buchholz (Dkt. # 39), hereby

ORDERS that:

1. Defendant Buchholz is hereby DISMISSED WITH PREJUDICE pursuant to the joint motion of plaintiff and Defendant Buchholz, each party to pay his and her own fees and costs; and

2. The Fifth Claim for Relief, Conspiracy to Deprive Plaintiff of her Constitutional Rights, is also hereby DISMISSED. The remainder of the Complaint shall remain intact as to the county defendants.

DATED: October 12, 2005

                                      BY THE COURT:

                                      s/ Phillip S. Figa
                                      _____
                                      Phillip S. Figa
                                      United States District Judge