IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00766-PSF-OES

LORETTA RIVERS,

     Plaintiff,

v.

JAMES ALDERDEN, Larimer County Sheriff, in his official capacity;
WILLIAM P. ECHRICH, Deputy Sheriff, Individually;
SCOTT SHELLHAAS, Corporal, Individually; and
TRAVIS MATKIN, Deputy, Individually,

     Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

     In light of the dismissal of Party Leroy Buchholz by Order of this Court dated October 12, 2005 (Dkt. # 40), Leroy Buchholz's Motion to Dismiss (Dkt. #23) is DENIED as moot.

DATED: November 8, 2005